1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN C. APPLEGATE,

Case No. 1:15-cv-01054-MJS (PC)

12              Plaintiff,

13      v.

**ORDER TO SUBMIT APPLICATION
TO PROCEED IN FORMA PAUPERIS
OR PAY FILING FEE WITHIN 45 DAYS**

14   WINIFRED KOKER, et al,

15              Defendant.

16

17       Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application

19   to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

20       Accordingly, IT IS HEREBY ORDERED that:

21       Within **forty-five (45)** days of the date of service of this order, plaintiff shall submit

22   the attached application to proceed *in forma pauperis*, completed and signed, or in the

23   alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be**

24   **granted without a showing of good cause**.  Within **sixty (60) days** of the date of

25   service of this order, plaintiff shall submit a certified copy of his/her prison trust account

26   statement for the six month period immediately preceding the filing of the complaint.

27   **Failure to comply with this order will result in dismissal of this action.**

28

1

1   IT IS SO ORDERED.

2

3   Dated:    July 10, 2015                    /s/ *Michael J. Seng*

4                                            UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28