UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN APPLEGATE,<br><br>    Plaintiff,<br><br>v.<br><br>WINFRED KOKOR,<br><br>    Defendant. | CASE NO. 1:15-cv-01054-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT IN PART AND DENY IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON EXHAUSTION GROUNDS**<br><br>**(ECF No. 25)**<br><br>**CASE TO REMAIN OPEN** |

    Plaintiff is a prisoner proceeding pro se and in forma paurperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 2, 2016, the Magistrate Judge assigned to this case issued findings and recommendations to grant in part and deny in part Defendant's motion for summary judgment on exhaustion grounds. (ECF No. 36.) Therein, the Judge recommended dismissing Plaintiff's retaliation claim for failure to exhaust, but found that Plaintiff had properly exhausted his claims relating to the denial of access to an accessible shower

and rescission of his ADA status. The parties were given fourteen days to file their objections. No objections were filed, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on November 2, 2016 (ECF No. 36) in full;
2. Defendant's motion for summary judgment (ECF No. 25) is GRANTED in part and DENIED in part; and
3. The case shall proceed on Plaintiff's Eighth Amendment medical indifference claims against Dr. Kokor for denying Plaintiff access to an accessible shower and rescinding Plaintiff's ADA status.

IT IS SO ORDERED.

Dated:   February 8, 2017                               _____
                                                        SENIOR DISTRICT JUDGE